NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KAREN L. WILLIS,**
*Appellant,*

v.

**CAN'T STOP PRODUCTIONS, INC.,**
*Appellee.*

---

2012-1109
(Cancellation Nos. 92051213 & 92051215)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

Karen L. Willis moves for a 10-day extension of time, until May 3, 2012, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

**APR 2 7 2012**
_____
        Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc:  Karen L. Willis
     Jay A. Bondell, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2012

JAN HORBALY
CLERK